# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:   **NORMA A WELTY**                                           Chapter 13

                                                                    Case No.: 24-41666-btf-13

**Debtor**

SSN XXX-XX-8793

---

### AMENDED ORDER DIRECTING DEBTOR TO PAY TRUSTEE

---

**PLAN PAYMENTS**

| Due Date | Amount | Periods |
|---|---|---|
| December 19, 2024 | $375.00 monthly | 3.00 |
| March 19, 2025 | $275.00 monthly | Until further Order of the Court |

All payments are due as called for under your plan.

CHAPTER 13 PLAN PAYMENTS CAN BE MADE IN THE FOLLOWING WAYS:

- **Send a personal check, money order, or cashier's check** made payable to "Office of the Chapter 13 Trustee, Richard V. Fink, Trustee" at the following address:

    Richard V. Fink, Trustee
    PO Box 1839
    Memphis, TN 38101-1839

    Please write your name and Chapter 13 case number on each payment. Do not mail your Chapter 13 Plan payments to the trustee's administrative office in Kansas City.

- **Make a payment online** through the trustee's ePay System at http://www.ndc.org or through Nationwide TFS at http://tfsbillpay.com.

CASH WILL NOT BE ACCEPTED.

You can contact the trustee's office at (816) 842-1031.

Failure to comply with this Order may result in your plan being dismissed.

The Court, having determined that it has exclusive jurisdiction of your wages, salaries, commissions and future earnings for the purpose of paying your debts under the Chapter 13 plan, it is hereby ORDERED that you pay the amounts listed on the schedule above.

February 20, 2025

/s/ Brian T. Fenimore

Bankruptcy Judge

### NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
WAGONER BANKRUPTCY GROUP (206) - ATTORNEY FOR DEBTOR(S)

/s/ Richard V. Fink, Trustee

JLA    /Order - Wage - Direct - Amended